SHORT FORM ORDER

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU   CRIMINAL TERM   PART 19

Present:   HON. ANGELO A. DELLIGATTI
Justice of the Supreme Court

---

THE PEOPLE OF THE STATE OF NEW YORK,

Plaintiff,

INDICTMENT NO: 2049N-12

-against-

MARSHALL HUBSHER,

Defendant.

SV

---

By judgement of this Court, rendered on July 8, 2016, the defendant was convicted, upon a verdict following a jury trial, of rape in the third degree, in violation of Penal Law §130.25(1), and criminal sexual act in the third degree, in violation of Penal Law § 130.40(1); was sentenced; and was certified a sex offender. Pursuant to this certification, the defendant appeared today before this Court for a hearing to determine the defendant's sex offender classification. Upon considering the evidence and arguments advanced at said hearing, it is

ORDERED AND ADJUDGED that the defendant is classified as a level two (2) sex offender without any additional designation, and it is further

ORDERED that the clerk of this Court is directed to certify one copy of this order and judgement and to submit the same to the New York State Division of Criminal Justice Services' Sex Offender Registry Unit, and it is further

ORDERED that the clerk of this Court shall serve one copy of this decision on the defendant and one copy on the District Attorney of Nassau County.

ENTER:

Dated: January 18, 2019
      Mineola, New York

_____
Angelo A. Delligatti, J.S.C.

ENTERED & FILED

JAN **2 2** 2019

CLERK'S OFFICE
NASSAU COUNTY COURT